BLACK AND WHITE OPERATING COMPANY, INCORPO-RATED, A NEW JERSEY CORPORATION, PLAINTIFF-RESPONDENT, v. EMIL GROSBART, DEFENDANT-AP-PELLANT.

Submitted October term, 1928—Decided May 27, 1929.

Before Justices TRENCHARD, KALISCH and LLOYD.

For the appellant, *Harry Levin*.

For the respondent, *George F. Seymour, Jr.*

PER CURIAM.

Since the *per curiam* opinion was filed in this case our attention has been called by counsel to a supplemental state of the case which appears to have been signed by the trial judge two months after the original state of the case had been signed.

Without passing on the sufficiency of such a state of the record, we have examined the reasons urged for reversal and find them without merit, and the judgment is affirmed.